The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> ENRIQUE CHAVEZ-HERNANDEZ, <br> a/k/a Adan Magana, <br> a/k/a "Guatamo," <br>  Defendant. | NO.  CR04-5337RBL <br>       CR06-5689RBL <br><br> ORDER GRANTING UNITED STATES' MOTION TO SEAL ITS SENTENCING MEMORANDUM AND RELATED PLEADINGS |

THIS MATTER having come before the Court on the motion of the plaintiff, United States of America, to file its Sentencing Memorandum in this matter under seal; the Court, having reviewed the motion and the Sentencing Memorandum, and being otherwise fully advised, finds and rules as follows:

1. Public filing of the government's sentencing memorandum risks possible harm to witnesses and other participants in this matter.

2. These potential harms outweigh the strong presumption in favor of public access to the government's sentencing memorandum.

///
///
///

ORDER SEALING U.S. SENTENCING MEMO - 1
(Chavez-Hernandez, CR04-5337RBL/CR06-5689RBL)

UNITED STATES ATTORNEY  
700 Stewart Street, Suite 5220  
Seattle, Washington 98101-1271  
(206) 553-7970

1     NOW, THEREFORE, it is hereby

2     ORDERED that the Sentencing Memorandum of the United States and related

3 pleadings in this matter shall be sealed and remain under seal until further order of the

4 Court.

5     IT IS SO ORDERED this 8th day of January, 2007.

6     _____
    RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

7 Presented by:

8

9 s/ *Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney
10 WSBA 21967
United States Attorney's Office
11 700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
12 Telephone:  (206) 553-2462
Facsimile:  (206) 553-2422
13 E-mail: vince.lombardi@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SEALING U.S. SENTENCING MEMO - 2
(Chavez-Hernandez, CR04-5337RBL/CR06-5689RBL)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970